IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIVEK SHAH, | |
| Plaintiff, | Case No. 1:22-cv-01016 |
| v. | Judge John F. Kness |
| DOW JONES & COMPANY, INC., | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 3, 2022 (Dkt. No. 28), the parties jointly submit this Joint Status Report. On April 25, 2022, Defendant Dow Jones & Company, Inc. filed a motion to dismiss Plaintiff's Complaint. (Dkt. No. 15.)

On May 6, 2022, the Court granted the parties' joint request to stay discovery pending the Court's resolution of the motion to dismiss. (Dkt. No. 24.)

As of the date of this filing, the motion to dismiss remains pending, discovery remains stayed, and no further activity has taken place in this case.

Given the lack of new activity in this case, the parties respectfully request that the telephonic status hearing scheduled for May 16, 2023, be vacated.

Respectfully submitted,

2

Dated: May 9, 2023 /s/ Vivek Shah (with permission)
Vivek Shah
236 Woburn Ln
Schaumburg, IL 60173
T: (224) 246-2874
newvivekshah@gmail.com

*Plaintiff Pro Se*

/s/ Leah Bruno
Leah R. Bruno
Timothy J. Storino
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
T: (312) 876-8000
leah.bruno@dentons.com
timothy.storino@dentons.com

*Attorneys for Defendant*